FILED
OCT 26 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # 299**

**Receipt of Passport or Other Non-Cash Collateral** (Section 1)

Name: Naik Kevil Shailendrakumar

Case Number: 3:26cr266-3

Address:

Passport Number: 2078433

Country of Origin: USA

Judge: Helmick

Expiration Date: 6/22/2027

Date Rec'd: 10/26/2026

Description of Property Other than Passport:

[signature]
Signature of Individual Surrendering Passport/Other

Donna Grill
Print Name

[signature]
Clerk's Signature

Grace Gomula
Print Name

☑ **Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral**

**Return of Passport or Other Non-Cash Collateral** (Section 2)

Date Returned:

Rec'd by:

Rec'd from:

Purpose Returned:

Address (If Mailed):

Signature of Individual Retrieving Passport/Other

Clerk's Signature

Print Name

Print Name

S:\Forms\Financial\Passports\Passport Receipt Fillable Form