AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

FILED
OCT 28 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

United States of America
v.
Kevil Shailendrakumar Naik
Defendant

Case No. 3:26CR266

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kevil Shailendrakumar Naik, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Money Laundering Conspiracy
18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 - Concealment Money Laundering

Date: 10/07/2026

*Issuing officer's signature*

City and state: Toledo, OH

Kelly Roddy, Courtroom Deputy
*Printed name and title*

## Return

This warrant was received on *(date)* 10/07/2026, and the person was arrested on *(date)* 10/23/2026 at *(city and state)* TOLEDO, OH.

Date: 10/26/2026

*Arresting officer's signature*

GRANT MEIER DUSM
*Printed name and title*