**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIL S. NAIK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 3:26cr-266<br><br>JUDGE JEFFREY J. HELMICK<br><br>**MOTION FOR DEADLINES** |

Now comes Kevil Naik, through counsel and pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(ii) and Local Criminal Rule 17.1.1, respectfully requests this Court set pretrial deadlines, specifically a deadline for the completion of discovery and a deadline for the disclosure of expert witnesses and all information required by Rule 16(a)(1)(G) that the government intends to use at trial in its case-in-chief or during rebuttal. Defendant further requests that the deadline for expert disclosure be no less than 90 days before the first day of trial.

Respectfully submitted,

Stephen Newman
Federal Public Defender
Ohio Bar: 0051928

*s/ Donna M. Grill*
DONNA M. GRILL (#0062141)
Office of the Federal Public Defender
617 Adams Street, 2nd Floor
Toledo, Ohio 43604
(419) 259-7370 (O) 419-259-7375 (F)
E-mail: donna_grill@fd.org